UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEROME J. THOMPSON, | ) |
| Petitioner, | ) |
| v. | ) No. 2:11-cv-76-JMS-WGH |
| MR. LEVENHAGEN, | ) |
| Respondent. | ) |

# E N T R Y

The petitioner's motion to alter or amend judgment [14] is treated as a motion to reconsider the Order of June 29, 2011, and as so understood the motion is **denied.** See *Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . ."). No proper grounds for reconsideration have been shown.

**IT IS SO ORDERED.**

Date: 07/08/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Jerome J. Thompson
DOC #113588
Wabash Valley Correctional Facility
6908 S. Old US Highway 41
P.O. Box 500
Carlisle, IN 47838-1111

pamela.moran@atg.in.gov